NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GABRIELA NAVAS, as personal
representative of the Estates of
Maria Navas, Sophia Medina-Navas,
Mia Medina Navas, and Allison
Navas Sanchez, deceased,

        Appellants,

v.

GULFSTREAM PROPERTY &
CASUALTY INSURANCE
COMPANY; and MICHAEL POHL,
as personal representative of the
Estate of Sonny Medina, deceased,

        Appellees.

Case No. 2D18-1694

Opinion filed August 16, 2019.

Appeal pursuant to Fla. R. App. P.
9.130 from the Circuit Court for Lee
County; Keith R. Kyle, Judge.

Alexander Brockmeyer, Boyle &
Leonard, P.A.; and Michael L. Beckman,
Viles & Beckman, LLC, Fort Myers, for
Appellant.

Jeffrey A. Blaker, Conroy Simberg, West
Palm Beach; and Diane H. Tutt, Conroy
Simberg, Hollywood, for Appellee.

PER CURIAM.

        Affirmed.

KHOUZAM, C.J., and LUCAS and SMITH, JJ., Concur.